DEFENDANT:          CHRISTIAN MARTINEZ-RAMOS

AGE/YOB:            1994

COMPLAINT          ___X___ Yes      _____ No
FILED?
                   If Yes, MAGISTRATE CASE NUMBER 22-mj-0062-KLM

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   _X_ Yes    __ No

OFFENSE(S):        **Count 1:** Title 21, United States Code, Sections 841(a)(1),
                   b)(1)(A)(ii)(II), (b)(1)(B)(ii)(II), (b)(1)(C) and 846; Conspiracy to
                   distribute and possess with the intent to distribute various amounts
                   of a mixture and substance containing a detectable amount of
                   cocaine, a Schedule II Controlled Substance

                   **Count 13:**  21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(ii)(II), 18 U.S.C.
                   § 2; Distribution or Possession with the Intent to Distribute 5
                   kilograms or more of a mixture or substance containing a detectable
                   amount of cocaine, a Schedule II Controlled Substance and Aiding
                   and Abetting the Same

                   **Count 24:**  Title 21 U.S.C. § 843(b) and (d); Use of a
                   Communication Facility in Connection with Drug Trafficking

                   **Counts 25, 27, 40:**  21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii)(II);
                   18 U.S.C. § 2; Distribution and Possession with the Intent to
                   Distribute 500 grams and more of a mixture and substance
                   containing a detectable amount of cocaine, a Schedule II Controlled
                   Substance and Aiding and Abetting the Same

                   **Count 28:**  Title 18, United States Code, Sections 1956(a)(2)(A)
                   and (B)(i); Knowingly and intentionally attempting to transport or
                   transfer funds from a place within the United States to or through a
                   place outside the United States, with the intent to promote the
                   carrying on of specified unlawful activity, specifically conspiracy to
                   distribute and possess with the intent to distribute cocaine

LOCATION OF        Denver County; Denver, Colorado
OFFENSE:

PENALTY:

**Count 1**
NLT 10 years,
NMT life imprisonment
At least 5 years Supervised Release
$10,000,000 fine
$100 Special Assessment

**Count 13**
NLT 10 years,
NMT life imprisonment
At least 5 years Supervised Release
$10,000,000 fine
$100 Special Assessment

**Count 24**
NMT 4 years in prison
NMT 1-year of supervised release
NMT $250,000.00 fine
$100 Special Assessment

**Counts 25 and 27**
NLT 5 years
NMT 40 years imprisonment
At least 4 years Supervised Release
$5,000,000 fine
$100 Special Assessment

**Count 28**
NMT 20 years imprisonment
NLT 5 years Supervised Release
NMT $500,000.00 or twice the value of the property involved in the money laundering transactions
$100 Special Assessment

AGENT:   Michael Gutke
         Special Agent, Drug Enforcement Administration

AUTHORIZED   Stephanie Podolak
BY:          Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

___ five days or less;  _X__ over five days

THE GOVERNMENT

_X_ will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.